UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIA CRUZ              :
                        :
    Plaintiff,          :
                        :
                        :   8:13-CV-3200-T-24EAJ
vs.                     :
                        :
TARGET CORPORATION      :
                        :
    Defendant.          :
                        :

---

## CLASS ACTION COMPLAINT AND JURY DEMAND

---

Plaintiff, Maria Cruz, brings this action against TARGET CORPORATON ("TARGET") on behalf of herself and all similarly situation consumers (the "Class"), and alleges as follows:

### NATURE OF THE ACTION

1.  This class action lawsuit brought on behalf of the Plaintiff and all other persons similarly situated against TARGET for its failure to adequately protect the confidential personal and private financial information ("Sensitive Information") which led to the loss, theft, disclosure and/or breach or such information resulting in violation of her and the putative class's federal and state constitutional rights, rights under the law of the United States and the State of Florida, and damages.

2.  During the holiday season, Target intentionally advertises extensively and aggressively. Target knew or should have known that with a significant increase in

transactions, there would be a need for increased security of their data systems to protect their customer's sensitive and confidential financial information.

3. Sometime between November 27, 2013 and December 15, 2013, up to 40 million Target customers identities were stolen, lost, or otherwise publicly disclosed.

4. As a result of Target's failure to implement and follow appropriate security policies and procedures, Plaintiff's Sensitive Information is now publicly disclosed. Plaintiff now faces a substantial increased risk of identity theft. Indeed, numerous individuals whose Sensitive Information was compromised due to Target's failure to protect their confidential information will be subject to an increased risk of identity theft. As a result, Target's current and former customers will have to spend significant time and money in the future to protect themselves.

5. Additionally, as a result of Target's failure to follow contractually-agreed upon, federally-prescribed, industry standard security procedures, Plaintiff received only a diminished value of services they paid Target to provide. Plaintiff contracted to buy goods from Target and such a contract included an implied guarantee to safeguard their personal financial information. Therefore, Plaintiff alleges claims for breach of contract, breach of implied contract, breach of implied covenant of good faith and fair dealing, unjust enrichment, misleading advertising in violation of Fla. Stat. §§ 827.41, et seq., negligence, negligence per se, breach of fiduciary duty, and invasion of privacy.

## JURISDICTION AND VENUE

6. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331(d)(2), because (a) at least one member of the putative class is a citizen of a state different from

Defendant, (b) the amount in controversy exceeds $5,000,000, exclusive of interests and costs, and (c) none of the exceptions under the subsection apply to this action.

7.  Venue is proper pursuant to U.S.C. § 1391(a)(1)-(2) because a substantial part of the events giving rise to Plaintiff's claims occurred in this judicial district.

## PARTIES

8.  Plaintiff, Maria Cruz ("Cruz"), is a current resident of Tampa, Florida. As a Target customer, Cruz provided Sensitive Information to Defendant.

9.  Defendant Target is a Minnesota corporation headquarted in Minneapolis, Minnesota. Target is a retailing company that provides a variety of goods and services to millions of customers every year.

## CLASS ALLEGATIONS

10. **The Class**: Plaintiff brings this action pursuant to Fed. R. Civ. P. 23(b)(2) and (3) on behalf of themselves and a Class of similarly situated individuals defined as: All individuals in the United States that are or were customers of Target and whose Sensitive Information was stolen from Target between November 27, 2013 and December 15, 2013.

11. **Numerosity**: The exact number of members of the Class is unknown to Plaintiff at this time, but on information and belief, there are up to 40 million customers throughout the country who were adversely affected by the information breach, making joinder of each individual member impracticable.

12. **Typicality**: Plaintiff's claims are typical of the claims of the other members of the Class. Plaintiff and the Class sustained damages as a result of the Defendant's uniform wrongful conduct during transactions with Plaintiff and Classes.

13. **Commonality**: Common questions of law and fact exist as to all members of the Class and predominate over any questions affecting only individual members.

## COUNT I: NEGLIGENCE

14. Plaintiff repeats and re-alleges all previous allegations as if fully set forth herein.

15. Defendant requested and came into possession of Plaintiff's and members of the Class's Sensitive Information, and had a duty to exercise reasonable care in safeguarding and protecting such information from being accessed.

16. Defendant failed to have proper procedures and policies in place to detect and prevent the improper access and misuse of the Plaintiff's and members of the Class's Sensitive Information. The breach of security, unauthorized access, and resulting injury to Plaintiff's and the Class were reasonably foreseeable, particularly in light of Defendant's inadequate data security system and failure to sufficiently encrypt the data.

17. Defendant, through its actions unlawfully breached its duty to Plaintiff and the Class by failing to exercise reasonable care in protecting and safeguarding Plaintiff's and Class members' Sensitive Information.

18. Defendant negligently failed to have procedures in place to detect and prevent access to Plaintiff's and Class members' Sensitive information by unauthorized persons.

19. But for Defendant's breach of its duties, Plaintiff's and Class members' Sensitive Information would not have been compromised.

20. Plaintiff's and members of the Class's Sensitive information was stolen and accessed as the proximate result of Defendant failing to exercise reasonable care in safeguarding such information by adopting, implementing, and maintaining appropriate security measures and encryption.

21. As a result of Defendant's conduct, Plaintiff and members of the Class have suffered an increased risk of identity theft. Plaintiff and Class members suffered and will continue to suffer actual damages including, but not limited to, expenses and/or time spent on credit monitoring and identity theft insurance; time spent scrutinizing bank statements, credit card statements, and credit reports; missed wages; expenses and/or time spent initiating fraud alerts; and the diminished value of the Target goods they received. Plaintiff and Class members have suffered and will continue to suffer other forms of injury and/or harm including, but not limited to, anxiety, emotional distress, loss of privacy, and other economic and non-economic losses.

## COUNT II: BREACH OF FIDUCIARY DUTY

22. Plaintiff repeats and re-alleges all previous allegations as if fully set forth herein.

23. As guardians of the Plaintiff's and the members of the Classes' Sensitive Information, Defendant owed a fiduciary duty to Plaintiff and the Class to: (1) protect their Sensitive Information; (2) timely notify them of a data breach; and (3) maintain complete and accurate records of what and where its customers' information is stored

24. Defendant breached its fiduciary duty to Plaintiff and the Class by:

    a. Failing to implement proper policies and procedures for electronic information systems that maintain sensitive and confidential financial information;

    b. Failing to implement proper policies and procedures to prevent, detect, contain, and correct security violations;

    c. Failing to design, implement, and enforce policies and procedures establishing physical and administrative safeguards to reasonably safeguard sensitive and confidential financial information;

    d. Failing to periodically audit their systems to prevent security breaches; and

    e. Otherwise failing to safeguard Plaintiff's and the Class members' Sensitive Information.

25. As a result of Defendant's conduct, Plaintiff and members of the Class have suffered an increased risk of identity theft. Plaintiff and Class members suffered and will continue to suffer actual damages including, but not limited to, expenses and/or time spent on credit monitoring and identity theft insurance; time spent scrutinizing bank statements, credit card statements, and credit reports; missed wages; expenses and/or time spent initiating fraud alerts; and the diminished value of the Target goods they received. Plaintiff and Class members have suffered and will continue to suffer other forms of injury and/or harm including, but not limited to, anxiety, emotional distress, loss of privacy, and other economic and non-economic losses.

## COUNT III: INVASION OF PRIVACY

26. Plaintiff repeats and re-alleges all previous allegations as if fully set forth herein.

27. Target's misconduct and failure to protect Plaintiff's and the Class members' Sensitive Information constituted an invasion of their privacy and Sensitive Information.

28. Said Sensitive Information is not a matter of public concern.

29. Target's misconduct resulted in an unreasonable intrusion into the private life and matters of Plaintiff and the Class.

30. Target's failures and misconduct constituted a public disclosure of private facts, the nature of which a reasonable person of ordinary sensibilities would find objectionable and offensive.

31. As a direct result of Target's failures and misconduct, Plaintiff's and the Class's Sensitive Information were disclosed to the public.

32. As a result of Defendant's conduct, Plaintiff and members of the Class have suffered an increased risk of identity theft. Plaintiff and Class members suffered and will continue to suffer actual damages including, but not limited to, expenses and/or time spent on credit monitoring and identity theft insurance; time spent scrutinizing bank statements, credit card statements, and credit reports; missed wages; expenses and/or time spent initiating fraud alerts; and the diminished value of the Target goods they received. Plaintiff and Class members have suffered and will continue to suffer other forms of injury and/or harm including, but not limited to, anxiety, emotional distress, loss of privacy, and other economic and non-economic losses.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, individually and on behalf of the Class, pray for the following relief:

A. Certify this case as a class action on behalf of the Class as defined above, and appoint Maria Cruz as class representative and undersigned counsel as lead counsel;

B. Find that Defendant is liable under all legal claims asserted herein for its failure to safeguard Plaintiff's and Class members' Sensitive Information;

C. Award damages, including statutory damages where applicable and punitive damages, to Plaintiff and the Class in an amount to be determined at trial;

D. Award restitution for any identity theft, including, but not limited to, payment of any other costs, including attorneys' fees incurred by the victim in clearing the victim's credit history or credit rating, or any costs incurred in connection with any civil or

administrative proceeding to satisfy any debt, lien, or other obligation of the victim arising as the result of Defendant's actions;

E. Award Plaintiff and the Class their reasonable litigation expenses and attorneys' fees;

F. Award Plaintiff and the Class pre and post-judgment interest to the maximum extent allowable by law; and

G. Award such other and further legal or equitable relief as equity and justice may require.

Plaintiff request trial by jury of all claims that can be so tried.

Respectfully submitted this 20th day of December, 2013.

/s/ Carlos R. Diez-Arguelles
Carlos R. Diez-Arguelles
FBN: 500569
Maria D. Tejedor
FBN: 0095834
Jack T. Cook
FBN: 88589
DIEZ-ARGUELLES & TEJEDOR, P.A.
505 N. Mills Avenue
Orlando, FL 32803
(407) 705-2880
Attorneys for Plaintiff